# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LAMONT DOWD, | CASE NO.: 1:07-cv-01505-OWW-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION |
| v. | (Doc. 57) |
| JAMES A. YATES, et al., | ORDER DISREGARDING PLAINTIFF'S OTHER SERVICE MOTIONS AS MOOT |
| Defendants. | (Docs. 50, 54, 55) |
| | SECOND ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN **TWENTY DAYS** |
| / | (Doc. 16) |

Plaintiff Rodney Lamont Dowd ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and California law.

Plaintiff filed this action on October 15, 2007. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against the defendants listed below for violation of the Eighth Amendment.[1]

---

[1] The Court had previously ordered service of process on the above-named defendants. (Doc. 21.) However, Plaintiff had misspelled the name of both defendants. Defendant Argurralde's name was spelled "Argurraide," and defendant J. Meyst's name was spelled "S. Meyst." The Court will grant Plaintiff's request for re-service. (Doc. 57.) Plaintiff is reminded that he is responsible for providing the United States Marshal with information sufficient to effect service of process. Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994), abrogated on other grounds by Sandin v. Connor, 515 U.S. 472 (1995). This includes the correct, legible spelling

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

   ARGURRALDE

   J. MEYST

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed July 8, 2008.

3. Within **TWENTY (20) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed second amended complaint filed July 8, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a recommendation of dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **November 16, 2009**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

---

of defendants' names.
   Plaintiff's other motions regarding service of process are disregarded as moot, as this order addresses the issues raised therein.